

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2018

No. 04-18-00347-CV

John Richard **ALEMAN**,
Appellant

v.

**URBAN CONCRETE CONTRACTORS, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI00339
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellee's second motion for extension of time to file its brief is GRANTED. Appellee's brief is due on or before December 21, 2018. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court